IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS



FILED
MAY 22 2008
Clerk, U.S. District Court
By: _____

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | CASE NO. 08-20060-01-JWL-DJW |
| v. ) | |
| SHAWN B. MULLEN, ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about October 24, 2006, in the District of Kansas, the defendant,

**SHAWN B. MULLEN**

did knowingly receive in interstate and foreign commerce by means of a computer visual depictions of minors, the production of which involved the use of minors engaging in sexually explicit conduct, and the visual depictions were of such conduct, in that the defendant subscribed to a for profit website entitled "SICK CR Package v5.06" and paid $99.95 for membership allowing him to receive images of child pornography, via the internet, in violation of Title 18, United States Code, Section 2252(a)(2).

1

## COUNT 2

On or about July 13, 2007, in the District of Kansas, the defendant,

**SHAWN B. MULLEN**

did knowingly and intentionally possess one or more materials which contained visual depictions of minors, the production of which involved the use of minors engaging in sexually explicit conduct, and which visual depictions were of such conduct which had been mailed, shipped, and transported by any means including computer, in interstate or foreign commerce, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

A TRUE BILL.

DATED: 5/21/08

FOI

*[signature]*
ERIC F. MELGREN
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
1200 Epic Center
301 N. Main
Wichita, Kansas 67202
KS S.Ct. No.12430

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

The Court acknowledges the return of this indictment in open court.

*[signature]*
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
) CASE NO. _____
v. )
)
SHAWN B. MULLEN )
)
        Defendant. )

**PENALTIES:**

**Count 1**    **18 U.S.C. § 2252(a)(2) - Receipt of Child Pornography**

- NLT 5 years NMT 20 years incarceration;
- $250,000.00 Fine;
- NLT 5 years and NMT life SR; and
- $100.00 Special Assessment Fee

If the defendant has a prior conviction relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or a ward:

- NLT 15 years and NMT 20 years incarceration;
- $250,000.00 Fine;
- NLT 5 years and NMT life SR; and
- $100.00 Special Assessment Fee

**Count 2**    **18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography**

- NMT 10 years incarceration;
- $250,000.00 Fine;
- NLT 5 years and NMT life SR; and
- $100.00 Special Assessment Fee

If the defendant has a prior conviction relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or a ward:

- NLT 10 years and NMT 20 years incarceration;
- $250,000.00 Fine;
- NLT 5 years and NMT life SR; and
- $100.00 Special Assessment Fee